# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| TROVER GROUP, INC. and<br>THE SECURITY CENTER, INC., | § | |
| | § | |
| | § | |
| Plaintiffs, | § | Case No. 2:14-CV-1172-WCB |
| | § | LEAD CASE |
| v. | § | |
| | § | |
| KALTEC ELECTRONICS, INC., *et al.,* | § | |
| | § | |
| Defendants. | § | |

| | | |
|---|---|---|
| TROVER GROUP, INC. and<br>THE SECURITY CENTER, INC., | § | |
| | § | |
| | § | |
| Plaintiffs, | § | Case No. 2:15-cv-96-WCB |
| | § | |
| v. | § | |
| | § | |
| WATCHNET, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the Joint Stipulated Motion for Dismissal Regarding WatchNet Incorporated only. Case No. 2:14-cv-1172, Dkt. No. 175. The motion is GRANTED. All of the Plaintiffs' claims against the Defendant WatchNet USA, Inc., are dismissed with prejudice, and all of the Defendant's counterclaims against the Plaintiffs are dismissed without prejudice. Each party will bear its own costs.

IT IS SO ORDERED.

SIGNED this 3d day of September, 2015.


WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE